LAKE COUNTY BAR ASSOCIATION *v.* LILLBACK.

[Cite as Lake Cty. Bar Assn. *v.* Lillback (1989),
41 Ohio St. 3d 13.]

(No. D.D. 88-26—Submitted January 17, 1989—Decided March 15, 1989.)

*Byron & Ryan Co., L.P.A., Patrick T. Ryan, Leo R. Collins* and *Gerald R. Walker,* for relator.

*John S. Nelson* and *John J. Hurley, Jr.,* for respondent.

*Per Curiam.* This court finds that respondent violated the Disciplinary Rules indicated by the board. We also adopt its recommendation. Respondent is therefore suspended from the practice of law in Ohio for a period of two years. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.